UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JAMES BIAGAS, SR., | No. 2:21-cv-2242 AC P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed a declaration that states he has been placed in administrative segregation and had his personal property taken. ECF No. 1. No other pleadings have been filed by the plaintiff. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced and plaintiff's declaration will be disregarded. Plaintiff will be provided the opportunity to file a complaint and to submit an application requesting leave to proceed in forma pauperis or the appropriate filing fee.

////

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's declaration, ECF No. 1 is DISREGARDED.

2. Within thirty days of the service of this order plaintiff shall file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The complaint must bear the docket number assigned this case and plaintiff must file an original and two copies of the complaint. Plaintiff shall also submit, within thirty days of the service of this order, an application to proceed in forma pauperis on the form provided by the Clerk of Court or the filing fee in the amount of $402.00.[2] Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed.

3. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district and an application to proceed in forma pauperis by a prisoner.

DATED: December 8, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[2] The $402.00 is comprised of the $350.00 filing fee and a $52.00 administrative fee. If plaintiff is granted leave to proceed in forma pauperis, plaintiff is not required to pay the $52.00 administrative fee.

2