1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      VINCENT JAMES BIAGAS, SR.,                No.  2:21-cv-2242 AC P

12                 Plaintiff,

13           v.                                   ORDER

14      STATE OF CALIFORNIA, et al.,

15                 Defendants.

16

17          By order filed December 9, 2021, plaintiff was ordered to file a complaint and submit

18   either an application to proceed in forma pauperis or the filing fee.  ECF No. 3.  Plaintiff was

19   given thirty days to comply with the order, and cautioned that failure to do so would result in a

20   recommendation that this action be dismissed.  Id. at 2.  Thirty days have now passed, and

21   plaintiff has not filed a complaint, submitted an application to proceed in forma pauperis or the

22   filing fee, or otherwise responded to the court's order.  Plaintiff will be given one final

23   opportunity to comply with the December 9, 2021 order.

24          Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of

25   this order, plaintiff shall file a complaint and submit either an application to proceed in forma

26   ////

27   ////

28   ////

1

1   pauperis or the filing fee in the amount of $402.00.  Failure to comply will result in a

2   recommendation that this action be dismissed without further warning.

3   DATED: January 27, 2022

4

                        ALLISON CLAIRE

5                         UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28