1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

VINCENT JAMES BIAGAS, SR.,

No.  2:21-cv-2242 JAM AC P

12

Plaintiff,

13

v.

ORDER

14

STATE OF CALIFORNIA, et al.,

15

Defendants.

16

17

Plaintiff filed a motion for extension of time to file objections to the March 9, 2022,

18

findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

19

1.  Plaintiff's motion for an extension of time (ECF No. 6) is GRANTED; and

20

2.  Plaintiff shall have thirty days from the service of this order to file his objections.

21

DATED: March 30, 2022

22

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28