UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JAMES BIAGAS, SR., | No. 2:21-cv-02242-JAM-AC P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

    This case was opened on December 6, 2021, on the basis of a declaration that plaintiff submitted to the court regarding his treatment in prison. ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 9, 2022, the magistrate judge filed findings and recommendations which recommended dismissal of this action due to plaintiff's failure to file a complaint and failure to submit an application to proceed in forma pauperis or pay the filing fee. ECF No. 5. The findings and recommendations were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Id. Plaintiff proceeded to file an application to proceed in forma pauperis, ECF No. 8, and, after receiving extensions of time, filed objections to the findings and recommendations, ECF No. 11.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Although plaintiff has filed an application to

1

proceed in forma pauperis, he has not filed a complaint. Having carefully reviewed the entire file, the court finds the findings and recommendations recommending dismissal of this action based on plaintiff's failure to file a complaint are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on March 9, 2022 (ECF No. 5), are **ADOPTED** to the extent consistent with this order; and

2. This action is **DISMISSED** without prejudice for failure to file a complaint. <u>See</u> L.R. 110; Fed. R. Civ. P. 41(b).

Dated: July 18, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

biag2242.804