UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JAMES BIAGAS, SR.,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:21-cv-2242 JAM AC P<br><br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed a motion to proceed in forma pauperis. ECF No. 19. This action was dismissed on July 19, 2022, and the motion will therefore be denied as moot.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to proceed in forma pauperis (ECF No. 19) is DENIED as moot.

DATED: September 6, 2022.

                                              /s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

AC/kw: biag2242.ifp